UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAR LESTER BLUEFORD,<br>　　　　　Plaintiff,<br>　　v.<br>SALINAS VALLEY STATE PRISON, et al.,<br>　　　　　Defendants. | Case No. 19-cv-02951-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint or otherwise communicated with the court. The case is **DISMISSED** for failure to state a claim as set forth in the prior order.

**IT IS SO ORDERED.**

Dated: October 9, 2019

　　　　　　　　　　　　　　　　　　*/s/ Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge